IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01430-DDD-TPO

JITENDRA SINGH,

     Petitioner,

v.

WARDEN, DENVER CONTRACT FACILITY;
DENVER FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT;
DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and
Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of
Homeland Security; and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United
States,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Denying Writ of Habeas Corpus, filed June 29, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Court's Order to Show Cause, Doc. 6, is DISCHARGED, and the Petition for Writ of Habeas Corpus, Doc. 1, is DENIED and DISMISSED WITHOUT PREJUDICE. It is further

1

ORDERED that judgment is hereby entered in favor of Respondents, Warden, Denver Contract Facility; Denver Field Office Director, U.S. Immigration And Customs Enforcement; David Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, in his official capacity as Secretary of the U.S. Department of Homeland Security; and Todd Blanche, in his official capacity as Acting Attorney General of the United States, and against Petitioner, Jitendra Singh. It is further

ORDERED that the Clerk of Court is DIRECTED to close this case.

DATED at Denver, Colorado this 29th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Robert R. Keech

Robert R. Keech,
Deputy Clerk